THE PEOPLE ex rel. CORNELIA JOHNSON, Appellant, *v.* ELBERT HEGEMAN, County Treasurer, etc., Respondent.

(Submitted June 19, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 11, 1889, which reversed an order of Special Term granting a peremptory writ of *mandamus.*

*Thomas M. Wyatt* for appellant.

*Benjamin W. Downing* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.

---

WILLIAM COLE, as Executor, etc., Appellant, *v.* CHARLES E. FROST, Individually and as Executor, etc., et al., Respondents.

(Argued June 19, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 12, 1889, which denied a motion to dismiss appeal.

*Nathaniel C. Moak* for appellant.

*P. V. R. Stanton* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.